608 A.2d 340
IN THE MATTER OF STEVEN J. WESTON,
AN ATTORNEY AT LAW.

July 10, 1992.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that STEVEN J. WESTON of DEERFIELD BEACH, FLORIDA, who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for two years by Order of this Court dated April 12, 1990, effective May 1, 1990, be restored to the practice of law, effective immediately.